1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  ALVIN DAMPIER,                              CASE NO. C06-325 MJP

11                    Plaintiff,               ORDER DENYING MOTION TO
                                               REOPEN
12        v.

13  SEATTLE POLICE DEPARTMENT, et
    al.
14
                      Defendants.
15

16

17        The Court is in receipt of Plaintiff's letter, (Dkt. No. 14), which the Court construes as a

Motion to Reopen.  Having reviewed the motion and the related record, the Court hereby

18  DENIES Plaintiff's Motion.

19                                     **<u>Discussion</u>**

20        On June 30, 2006, the Court entered an Order adopting Judge Theiler's Report and

21  Recommendation and dismissing Plaintiff's case.  (Dkt. No. 12.)  The Court entered judgment in

22  this matter on July 5, 2006.  (Dkt. No. 13.)  Plaintiff did not file objections to Judge Theiler's

23  Report and Recommendation.

24

1    Plaintiff filed the present Motion with the Court on November 19, 2015.  (Dkt. No. 14.)

2  In the Motion, Plaintiff represents that he did not have the opportunity to respond to the Court's

3  orders because he was being transferred back and forth between different facilities.  (Id.)

4    Federal Rule of Civil Procedure 60 allows a party to move for relief from a final

5  judgment, order or proceeding for several reasons, including "mistake, inadvertence, surprise, or

6  excusable neglect."  Fed. R. Civ. P. 60(b)(1).  Plaintiff's Motion is properly considered under

7  this subsection of Rule 60.  However, a motion under this subsection must be brought "no more

8  than a year after the entry of the judgment or order or date of the proceeding." Id.  Here, Plaintiff

9  waited more than nine years after the Court dismissed his case to bring this Motion.  Therefore,

10  Plaintiff's Motion is untimely, and the Court cannot reopen Plaintiff's case.

11                              **<u>Conclusion</u>**

12    Because the Motion is untimely, the Court DENIES Plaintiff's Motion to Reopen his

13  case.  (Dkt. No. 14.)  The clerk is directed to provide copies of this Order and of the Order of

14  Dismissal and Judgment (Dkt. Nos. 12, 13), to Plaintiff.

15    Dated this 15th day of December, 2015.

16

17

18                              Marsha J. Pechman
                                United States District Judge

19

20

21

22

23

24